**Electronically Filed
Supreme Court
SCWC-29696
12-DEC-2012
09:31 AM**

SCWC-29696

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DOUGLAS LEONE and PATRICIA A. PERKINS-LEONE, as Trustees under that certain unrecorded Leone-Perkins Family Trust dated August 26, 1999, as amended, Respondents/Plaintiffs-Appellants,

vs.

COUNTY OF MAUI, a political subdivision of the State of Hawai'i, WILLIAM SPENCE, in his capacity as Director of the Department of Planning of the County of Maui, Petitioners/Defendants-Appellees.
(CIV. NO. 07-1-0496)

and

WILLIAM L. LARSON and NANCY LARSON, as Trustees under that certain unrecorded Larson Family Trust dated October 30-, 1992, as amended, Respondents/Plaintiffs-Appellants,

vs.

COUNTY OF MAUI, a political subdivision of the State of Hawai'i, WILLIAM SPENCE, in his capacity as Director of the Department of Planning of the County of Maui, Petitioners/Defendants-Appellees.
(CIV. NO. 09-1-0413)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29696; CIV. NOS. 07-1-0496 and 09-1-0413)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioners/Defendants-Appellees' application for writ of certiorari filed on October 29, 2012, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 12, 2012.

Patrick K. Wong and
Mary Blaine Johnston
for petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2